United States District Court District of Connecticut

Allison Craddock
  vs.
Warden Jones
Lt. LaLumiere Et, AL.

October 4, 2004

Docket # 01-CV-110 RNC

[Filed stamp: United States District Court, District of Connecticut, FILED AT BRIDGEPORT 10/12/04, Kevin F. Rowe, Clerk, By Deputy Clerk]

## Status report

The plaintiff in the above caption case would like to know the status of his case, the plaintiff briefly misplaced his docket number and upon moving found such.

It has been a couple of years since plaintiff last received any information on this case and would just like to know the status of his case at this time.

Bye: Allison Craddock
     Allison Craddock

## Certification

This is to certify that a copy of the foregoing has been sent to the office of the attorney general 110 Sherman St. Hartford Ct. (06106) on this 4th. day of October, 2004.

Allison Craddock pro se
Allison Craddock