UNITED STATES District Court
District of Connecticut.

**FILED**

2004 DEC 15 P 4: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Allison Craddock

V

Warden Jones
LT. Lalumiere
C/o Karpf
Maintenacne Man
Mark Gateneau

Prisoner

Case No. 3. 01CV110 (RNC)

December 7, 2004

## Motion To Reopen

Plaintiff Allison Craddock, request that the honorable
Court consider reopening case No. 3:01CV110 (RNC)

Respectfully Submitted

Allison L Craddock

Subscibed and sworn to before me this _____ day of
_____ 2004